# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Cunningham, Carol C

Printed: 03/10/09

Case Number: 05 B 63637
Judge: Hollis, Pamela S
Filed: 11/28/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: February 12, 2009
Confirmed:  February 6, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 9,786.03 |  |
| Secured: |  | 4,835.57 |
| Unsecured: |  | 1,872.85 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,250.20 |
| Trustee Fee: |  | 541.38 |
| Other Funds: |  | 286.03 |
| Totals: | 9,786.03 | 9,786.03 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,250.20 | 2,250.20 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 4. | HSBC Auto Finance | Secured | 3,934.97 | 3,934.97 |
| 5. | American General Finance | Secured | 562.57 | 562.57 |
| 6. | Monterey Financial Services | Secured | 338.03 | 338.03 |
| 7. | B-Line LLC | Unsecured | 220.37 | 688.25 |
| 8. | Monterey Financial Services | Unsecured | 5.03 | 15.70 |
| 9. | HSBC Auto Finance | Unsecured | 48.53 | 151.57 |
| 10. | Sir Finance Corporation | Unsecured | 81.60 | 254.84 |
| 11. | Capital One | Unsecured | 63.22 | 197.45 |
| 12. | Brother Loan & Finance | Unsecured | 74.69 | 233.27 |
| 13. | Verizon Wireless | Unsecured | 10.86 | 33.91 |
| 14. | ECast Settlement Corp | Unsecured | 55.16 | 172.27 |
| 15. | Nicor Gas | Unsecured | 40.21 | 125.59 |
| 16. | ER Solutions | Unsecured |  | No Claim Filed |
| 17. | Transworld Systems Inc | Unsecured |  | No Claim Filed |
| | | | $ 7,685.44 | $ 8,958.62 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cunningham, Carol C

Printed: 03/10/09

Case Number: 05 B 63637
Judge: Hollis, Pamela S
Filed: 11/28/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 50.42 |
| 5% | 23.71 |
| 4.8% | 46.86 |
| 5.4% | 222.00 |
| 6.5% | 66.07 |
| 6.6% | 132.32 |
|  | $ 541.38 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

